UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COACH, INC., et al., | Case No.: 5:11-CV-03010 EJD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ZHOU HUI YIN dba NEW GIFT SHOP, | |
| Defendant. | |

This matter having been fully considered, and the court having adopted in part and declined to adopt in part the Report and Recommendation of Magistrate Judge Elizabeth D. Laporte on December 9, 2011 (see Docket Item No. 24),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff against Zhou Hui Yin, dba New Gift Shop as follows:

1. $100,000 in statutory damages against Defendant Zhou Hui Yin dba New Gift Shop;

2. Costs as taxed; and

3. A permanent injunction against future use of Coach marks in connection with the sale or offer for sale of infringing products, including the following:

    a.    Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products which bear marks identical and/or confusingly similar to the Coach Marks;

   b. Using the Coach Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

   c. Passing off, inducing or enabling others to sell or pass off any products or other items that are not Coach's genuine merchandise as genuine Coach merchandise;

   d. Committing any other acts calculated to cause purchasers to believe that Defendants' products are Coach's genuine merchandise unless they are such;

   e. Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, or storing in any manner items falsely bearing the Coach Marks, or any reproduction, counterfeit, copy or colorable imitation thereof; and

   f. Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) to (e) above.

  IT IS FURTHER ORDERED that the Clerk shall close this file.

**IT IS SO ORDERED**

Dated: February 9, 2012

                _____
                EDWARD J. DAVILA
                United States District Judge

2

Case No.: 5:11-CV-03010 EJD
JUDGMENT